**Order entered August 5, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00767-CV

## IN RE ERIC RIOJA, Relator

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-17918**

### ORDER
Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of today's date, we **DENY** relator's Petition for Writ of Mandamus and **DENY** as moot relator's Emergency Motion to Stay Lower Court Proceedings Pending Writ of Mandamus.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE